| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF SOUTH CAROLINA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **A-1 Properties, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**236 Keeneland Way**<br>**Greer, SC 29651**<br>Number, Street, City, State & ZIP Code<br><br>**Greenville**<br>County | **Mailing address, if different from principal place of business**<br><br>**PO Box 25804**<br>**Greenville, SC 29616**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **A-1 Properties, LLC**      Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☐ No
- ■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Mark Randolph Eskew** | | Relationship | **Sole Member of LLC** | |
| District | **South Carolina** | When | **5/08/20** | Case number, if known | **20-02087** |

Debtor  **A-1 Properties, LLC**  Case number (*if known*)
Name

Debtor **A-1 Properties, LLC**  Case number (*if known*) _____
Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district?*** | *Check all that apply:* |
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **A-1 Properties, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 2, 2020**
MM / DD / YYYY

X **/s/ Mark Eskew**                                      **Mark Eskew**
Signature of authorized representative of debtor          Printed name

Title  **Sole Member**

**18. Signature of attorney**

X **/s/ Robert H. Cooper**                                Date  **November 2, 2020**
Signature of attorney for debtor                          MM / DD / YYYY

**Robert H. Cooper**
Printed name

**The Cooper Law Firm**
Firm name

**150 Milestone Way, Ste B**
**Greenville, SC 29615**
Number, Street, City, State & ZIP Code

Contact phone  **864-271-9911**       Email address  **rhcooper@thecooperlawfirm.com**

**05670 SC**
Bar number and State

**United States Bankruptcy Court**
**District of South Carolina**

In re   A-1 Properties, LLC
              Debtor(s)

Case No. _____
Chapter   11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Mark Eskew**, declare under penalty of perjury that I am the **Sole Member** of A-1 Properties, LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Limited Liability Company at a special meeting duly called and held on the 1st day of November, 2020.

"Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Mark Eskew, Sole Member** of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, that **Mark Eskew, Sole Member** of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case, and

Be It Further Resolved, that **Mark Eskew, Sole Member** of this Limited Liability Company is authorized and directed to employ **Robert H. Cooper DCID #5670**, attorney and the law firm of **The Cooper Law Firm** to represent the Limited Liability Company in such bankruptcy case."

Date   November 1, 2020

Signed   /s/ Mark Eskew
             Mark Eskew

Resolution of Board of Directors
of
A-1 Properties, LLC

Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Mark Eskew, Sole Member** of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, that **Mark Eskew, Sole Member** of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case, and

Be It Further Resolved, that **Mark Eskew, Sole Member** of this Limited Liability Company is authorized and directed to employ **Robert H. Cooper DCID #5670**, attorney and the law firm of **The Cooper Law Firm** to represent the Limited Liability Company in such bankruptcy case.

Date  November 1, 2020                               Signed  /s/Mark Eskew
                                                             Mark Eskew

Fill in this information to identify the case:

Debtor name: **A-1 Properties, LLC**

United States Bankruptcy Court for the: **DISTRICT OF SOUTH CAROLINA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| -NONE- | | | | | | |

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re  **A-1 Properties, LLC**  Debtor(s)

Case No.

Chapter  **11**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a)  _____ computer diskette

(b)  _____ scannable hard copy
(number of sheets submitted _____)

(c)  **X** electronic version filed via CM/ECF

Date: **November 2, 2020**

**/s/ Mark Eskew**
**Mark Eskew**/**Sole Member**
Signer/Title

Date: **November 2, 2020**

**/s/ Robert H. Cooper**
Signature of Attorney
**Robert H. Cooper**
**The Cooper Law Firm**
**150 Milestone Way, Ste B**
**Greenville, SC 29615**
**864-271-9911   Fax: 864-232-5236**
Typed/Printed Name/Address/Telephone

**05670 SC**
District Court I.D. Number

```
AUTOMONEY
6109 WHITE HORSE ROAD
GREENVILLE SC 29611


BRUCE KINGSMORE
101 N. MAIN STREET
GREENVILLE SC 29601


CBL STATE SAVINGS BANK
PO BOX 388
GREER SC 29652


GREENVILLE COUNTY TAX COLLECTOR
301 UNIVERSITY RIDGE
SUITE 700
GREENVILLE SC 29601


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346


JOHNNY FLYNN
1 WHITTINGTON DRIVE
GREENVILLE SC 29615


MARK RANDOLPH ESKEW
236 KEENELAND WAY
GREER SC 29651


NEW VISION TRUST CUSTODIAN
C/O WEYMAN C. CARTER, ESQ.
104 SOUTH MAIN STREET, SUITE 700
GREENVILLE SC 29601


PATRICK THOMPSON
5 BIG LEVEL DRIVE
ASHEVILLE NC 28804


SC DEPT OF REV. & TAX
PO BOX 12265
COLUMBIA SC 29211
```

```
UPSTATE FUNDING LLC
204 LOUISVILLE DRIVE
GREENVILLE SC 29607


WILMINGTON SAVINGS FUND SOCIETY
500 DELAWARE AVENUE
WILMINGTON DE 19801
```